IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| DAVID L. STULTZ, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 7:13-cv-00589 |
| | ) |
| COMMONWEALTH OF VIRGINIA | ) |
| DEPARTMENT OF MOTOR VEHICLES | ) |
| | ) |
| Defendant. | ) |

### VITA's MOTION TO VACATE ORDER TO PRESERVE EVIDENCE

The Virginia Information Technologies Agency (VITA), which is not a party to this lawsuit but which was the subject of an *ex parte* preservation order in this case, respectfully joins the Virginia Department of Motor Vehicles (DMV) in moving that the Court vacate that Order. *See* Order to Preserve Evidence, docket no. 8 (entered Feb. 13, 2014) [hereinafter "the Order"]. If vacated, VITA opposes Stultz's Motion for Order to Preserve Evidence, docket no. 5 (filed Jan. 30, 2014). The grounds for this Motion and for VITA's opposition to Stultz's Motion are discussed in the Memorandum in Support filed with this Motion.

VITA respectfully requests that the Court grant this Motion, vacate the Order, deny Stultz's Motion, and award VITA such other relief as may be proper.

Respectfully submitted,

VIRGINIA INFORMATION TECHNOLOGIES
AGENCY

By: \_\_\_\_\_/s/ - Joshua D. Heslinga_____
          Counsel

Mark Herring
Attorney General of Virginia

1

Cynthia E. Hudson
Chief Deputy Attorney General

John W. Daniel II
Deputy Attorney General, Commerce, Environment and Technology Division

John Westrick
Senior Assistant Attorney General, Chief, Technology and Procurement Section

Joshua D. Heslinga (VSB # 73036)
Assistant Attorney General
*Attorney for the Virginia Information Technologies Agency*
Office of the Attorney General
900 E. Main Street
Richmond, Virginia 23219
(804) 786-3847
jheslinga@oag.state.va.us

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on February, 21, 2014, I am electronically filing the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF filing users:

| | |
|---|---|
| Melvin E. Williams<br>1320 Third Street, SW<br>Roanoke, Virginia 24016<br>540-266-7800<br>540-206-3857 (fax)<br>Mel@melwilliamslaw.com<br><br>Dale W. Webb<br>1171 Grandin Road<br>P. O. Box 4126<br>Roanoke, Virginia 24015<br>540-527-3500<br>540-527-3520 (fax)<br>dwebb@franklmillerwebb.com<br><br>*Counsel for Plaintiff David R. Stultz* | Sydney E. Rab<br>srab@oag.state.va.us<br>(804) 786-1109<br><br>Farnaz Thompson<br>Fthompson@oag.state.va.us<br>(804) 225-4778<br><br>Office of the Attorney General<br>900 E. Main Street<br>Richmond, Virginia 23219<br>Fax: (804) 371-2087<br><br>*Counsel for Defendant Virginia Department of Motor Vehicles* |

           _____/s/_____
           Joshua D. Heslinga (VSB # 73036)
           *Attorney for the Virginia Information Technologies Agency*
           Office of the Attorney General
           900 E. Main Street
           Richmond, Virginia 23219
           (804) 786-3847
           fax: (804) 692-1647
           jheslinga@oag.state.va.us