IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID L. STULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:13-cv-00589 |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | |
| DEPARTMENT OF MOTOR | ) | |
| VEHICLES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ISSUANCE OF SUBPOENA

Plaintiff, David Stultz, by counsel, hereby provides notice that the attached subpoena *duces tecum* will be served on the Library of Virginia.

                                                             RESPECTFULLY SUBMITTED,
                                                             DAVID L. STULTZ,

                                                             By: */s/ Audra M. Dickens*
                                                                     Of Counsel

Dale W. Webb (VSB No. 26359)
*dwebb@franklmillerwebb.com*
Audra M. Dickens (VSB No. 82379)
*amarcum@franklmillerweb.com*
FRANKL MILLER & WEBB, LLP
P.O. Box 4126
Roanoke, Virginia 24015
(540) 527-3500 telephone
(540) 527-3520 facsimile

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 18, 2016, the foregoing Notice of Issuance of Subpoena was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Audra M. Dickens*
Of Counsel



{14471/0004/ 00136760.DOCX }