IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DAVID L. STULTZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 7:13-cv-00589 |
| | ) | |
| COMMONWEALTH OF VIRGINIA, | ) | |
| DEPARTMENT OF MOTOR | ) | |
| VEHICLES, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ISSUANCE OF SUBPOENA

Plaintiff, David Stultz, by counsel, hereby provides notice that the attached subpoena

*duces tecum* will be served on the Library of Virginia.

RESPECTFULLY SUBMITTED,
DAVID L. STULTZ,

By: */s/ Audra M. Dickens*
Of Counsel

Dale W. Webb (VSB No. 26359)
*dwebb@franklmillerwebb.com*
Audra M. Dickens (VSB No. 82379)
*amarcum@franklmillerwebb.com*
FRANKL MILLER & WEBB, LLP
P.O. Box 4126
Roanoke, Virginia 24015
(540) 527-3500 telephone
(540) 527-3520 facsimile

FRANKL
MILLER
&WEBB

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on May 18, 2016, the foregoing Notice of Issuance of Subpoena was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


*/s/ Audra M. Dickens*
Of Counsel

