# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

**David Stultz**

vs.

**Comm of VA, Dept of Motor Vehicles, et al**

Action No: 7:13CV589
Date: 05/31/2016
Judge: Hon. Glen Conrad
Court Reporter: CeCe Brookman
Deputy Clerk: Susan Moody

Plaintiff Attorney(s)
Dale Webb, Esq.
Audra Dickens, Esq.

Defendant Attorney(s)
Sydney Rab, Esq.
Michael Garden, Esq.
Victor Cardwell, Esq.
Joshua Heslinga, Esq.
Patice Holland, Esq.

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
None

DEFENDANT:
None

PROCEEDINGS:
Parties present for oral argument on Motion #394 – Motion to Compel Restoration .,…….

Argument – Ruling -

Order to follow

Time in Court:  1:50-2:25 pm   35 mins.